No. 33,521

J. F. Smathers, *Appellant,* v. R. A. Fairbanks et al., *Appellees;* E.
E. Keller, Estel Bolman and Icie Keller, *Appellants.*

(73 P. 2d 1092)

Opinion filed December 11, 1937.

*Harry W. Fisher,* of Fort Scott, for the appellant.
*Walter B. Patterson,* of Fort Scott, for the appellees.

*Per Curiam:* Plaintiff sued to enforce his landlord's lien upon the crops grown by the tenant in the sum of $130.18. The lien was enforced in the sum of $56.69. The only controversy between the parties now is whether the lien should have been for the full amount claimed. This involves only $73.49, the difference between the two items. A similar computation shows the amount in controversy as to other appellants to be less than $100. The amount involved is insufficient to give this court jurisdiction of the appeal.

(G. S. 1935, 60-3303; *Townsite Co. v. Zimmerman,* 99 Kan. 661, 163 Pac. 452; *Harper v. School District,* 120 Kan. 52, 242 Pac. 128; *Kastner v. Security Savings and Loan Ass'n,* 123 Kan. 632, 256 Pac. 989; *Knight Soda Fountain Co. v. Conine,* 141 Kan. 615, 42 P. 2d 567.)

Therefore the appeal is dismissed.